# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| NORFLEET RICHARDSON | FILED: APRIL 25, 2008 |
| | 08CV2348   RCC |
| v. | JUDGE SHADUR |
| BOVIS LEND LEASE, INC. | MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORFLEET RICHARDSON

| |
|---|
| NAME (Type or print) <br> Lisa Kane |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Lisa Kane |
| FIRM <br> Lisa Kane & Associates, P.C. |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06203093 | TELEPHONE NUMBER <br> 312-606-0383 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |