# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>NORFLEET RICHARDSON<br><br>v.<br><br>BOVIS LEND LEASE, INC. | Case Number:<br><br>FILED: APRIL 25, 2008<br>08CV2348   RCC<br>JUDGE SHADUR<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NORFLEET RICHARDSON

| |
|---|
| NAME (Type or print)<br>Janice A. Wegner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Janice A. Wegner |
| FIRM<br>Lisa Kane & Associates, P.C. |
| STREET ADDRESS<br>120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06200062 | 312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐