IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORFLEET RICHARDSON | ) | |
| | ) | Case No. 08 CV 2348 |
| Plaintiff, | ) | |
| v. | ) | Hon. Milton I. Shadur |
| | ) | Judge Presiding |
| BOVIS LEND LEASE, Inc., | ) | Magistrate J. Ashman |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:  Christopher Lang, Esquire
     Winston & Strawn LLP
     35 W. Wacker Drive
     Chicago, Illinois, 60601-9703

PLEASE TAKE NOTICE that on **Wednesday,** **May 7, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

By s/Lisa Kane
Lisa Kane, Attorney for Plaintiffs

**PROOF OF SERVICE**

I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Wednesday, May 7, 2008.

s/Lisa Kane
Lisa Kane, Attorney for Plaintiffs

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiffs
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093