UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Norfleet Richardson
                      Plaintiff,

v.                                                Case No.: 1:08−cv−02348
                                                    Honorable Milton I. Shadur

Bovis Lend Lease, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly the ADs are stricken in their entirety, without prejudice to Bovis' counsel returning to the drawing board to consider the possible reassertion of some of them in a more studied form. And as indicated earlier, Answer paragraphs 2,3,5 and 6 are also stricken, but with leave to replead via an amendment to the Answer (not a fully self−contained Amended Answer) on or before June 2, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.