**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **NORFLEET RICHARDSON.** | |
| **Plaintiff,** | |
| | **NO. 08 C 2348** |
| **vs.** | |
| | **Hon. Milton I. Shadur** |
| **BOVIS LEND LEASE, INC.,** | **Judge Presiding** |
| | **Magistrate Judge Ashman** |
| **Defendant.** | |

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY stipulated by and between the Plaintiff, NORFLEET RICHARDSON, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, BOVIS LEND LEASE, INC., by its attorney, KEVIN M. CLOUTIER of WINSTON & STRAWN LLP, that this case be dismissed with prejudice pursuant to Rule 41(a)(1), all parties to bear their own costs and fees.

Dated: July 25, 2008

NORFLEET RICHARDSON,                    BOVIS LEND LEASE, INC.,


By /s/ Lisa Kane                                          By /s/ Kevin M. Cloutier (by consent)
LISA KANE                                                    KEVIN M. CLOUTIER
LISA KANE & ASSOCIATES, P.C.           WINSTON & STRAWN, LLP
Attorney for Plaintiffs                              Attorney for Defendant
120 South LaSalle Street                          35 West Wacker Drive
Suite 1420                                                  Chicago, Illinois 60601
Chicago, Illinois 60603                             (312) 558-5600
(312) 606-0383
ATTORNEY CODE NO. 06203093